**United States District Court**
**Northern District of New York**

| | |
|---|---|
| KIMBERLY B████, ) | |
| ) | |
| *Plaintiff*, ) | Case 5:21-cv-00667-DNH-CFH |
| ) | |
| v. ) | |
| ) | David N. Hurd |
| KILOLO KIJAKAZI, ) | United States District Judge |
| Acting Commissioner of the ) | |
| Social Security Administration ) | Stipulation – Document Filed Electronically |
| ) | |
| *Defendant*. ) | April 11, 2022 |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

IT IS SO ORDERED:

Kilolo Kijakazi,                    Kimberly B████,
By Her Attorneys                    By Her Attorney

David N. Hurd
U.S. District Judge

Carla B. Freedman,
United States Attorney

4-18-2022
Dated: _____

*/s/ Jessica Richards*                    */s/ John W. DeHaan*[1]
Jessica Richards                          John W. DeHaan. Esq.
Special Assistant United States Attorney  The DeHaan Law Firm, P.C.
N.D.N.Y. Bar Roll No. 700996              300 Rabro Drive East
Social Security Administration            Suite 101
Office of the General Counsel             Hauppauge, NY 11788
J.F.K. Federal Building, Room 625         (631) 582-1200
Boston, MA 02203                          jdehaan@dehaan-law.com
(617) 565-1833
jessica.richards@ssa.gov

---

[1] Signed by Jessica Richards with permission via email on April 11, 2022.