UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY B█████, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> ACTING COMMISIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> *Defendant.* ) | Case No. 5:21-cv-00667-DNH-CFH <br><br> *ELECTRONICALLY FILED* |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six-thousand seven hundred and fifty dollars ($6,750.00), and four hundred and two dollars ($402.00) in costs.

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 10th day of May, 2022;

ORDERED that Plaintiff be awarded fees and expenses in the amount of $6,750.00, and $402.00 in costs under EAJA, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 5-10-22

_____
HON. DAVID N. HURD
UNITED STATES DISTRICT JUDGE

The undersigned hereby consent to the form and entry of the within order.

Dated: May 9, 2022

| Kilolo Kijakazi, | Kimberly B▊ |
|---|---|
| By Her Attorneys, | By Her Attorney, |

Carla B. Freedman,
United States Attorney

| */s/ Jessica Richards* | */s/ John W. DeHaan*[1] |
|---|---|
| Jessica Richards | John W. DeHaan. Esq. |
| Special Assistant United States Attorney | The DeHaan Law Firm, P.C. |
| N.D.N.Y. Bar Roll No. 700996 | 300 Rabro Drive East |
| Social Security Administration | Suite 101 |
| Office of the General Counsel | Hauppauge, NY 11788 |
| J.F.K. Federal Building, Room 625 | (631) 582-1200 |
| Boston, MA 02203 | jdehaan@dehaan-law.com |
| (617) 565-1833 | |
| jessica.richards@ssa.gov | |

---

[1] Signed by Attorney Jessica Richards with Attorney John W. DeHaan's permission, provided via e-mail on May 9, 2022.